## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 3 1 2012

JAMES N. HATTEN, CLERK
BY: Bran Deputy Clerk

Abdul David Howard #1264082
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

1 12-CV-4494

Brian Owens, Commissioner
Georgia Department of Corrections
Sheila Oubre, Warden
(Enter above the full name of the defendant(s).)

I.      **Previous Lawsuits**
        A.      Have you filed other lawsuits in federal court while incarcerated in any institution?

                        Yes ( )      No (✓)

        B.      If your answer to A is yes, describe each lawsuit in the space below. (If there is more
                than one lawsuit, describe the additional lawsuits on another piece of paper, using the
                same outline.)

                1.      Parties to this previous lawsuit:

                        Plaintiff(s):      _____

                        Defendant(s):      _____

                2.      Court (name the district):

                3.      Docket Number:

Rev. 12/5/07

**I.      Previous Lawsuits (Cont'd)**

    4.    Name of judge to whom case was assigned: _____

    5.    Did the previous case involve the same facts?

             Yes (  )      No (  )

    6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?): _____ _____

    7.    Approximate date of filing lawsuit: _____

    8.    Approximate date of disposition: _____

**II.     Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.    Place of Present Confinement:   _Baldwin State Prison_

    B.    Is there a prisoner grievance procedure in this institution?

             Yes (✓)      No (  )

    C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

             Yes (✓)      No (  )

    D.    If your answer is YES:

        1.    What steps did you take and what were the results?
_File informal grievance, then formal grivance, then appealed. All were denied._

        2.    If your answer is NO, explain why not: _____

**III. Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: <u>Abdul Howard</u>

Address(es): <u>P.O. Box 218, Hardwick, GA 31034</u>

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): <u>Brian Owens</u>

Employed as <u>Commisioner</u>

at <u>Georgia Department of corrections</u>

**IV. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

<u>I'm a Muslim and the policy of the Georgia Department of Correction States that I have to shave my beard and this policy Keeps me from practicing my religion as it should be practiced.</u>

## IV.     Statement of Claim (Cont'd)

## V.     Relief

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

· a declaration that this policy violates my rights under the Constitution and laws of the United States.

· a preliminary and permanent injunction ordering defendant to change this policy

· grant plaintiff compensatory damages in the amount of $5,000

· grant plaintiff punitive damages in the amount of $5,000

· Plaintiff also seeks recovery of cost of this suit

· and any additional relief this court deems just, proper, and equitable

Statement of Claim

I'm a Muslim and the policy of the Georgia Department of Correction States that I have to shave my beard and this Policy Keeps me from practicing my religion as it should be practiced.

Relief:

- a declaration that this policy violates my rights under the Constitution and laws of the United States
- a preliminary and permanent injunction ordering defendant to change this policy
- grant plaintiff punitive damages in the amount of $5,000
- grant plaintiff compensatory damages in the amount of $5,000
- plaintiff also seeks recovery of cost of this suit
- and any additional relief this court deems just, proper, and equitable

**V.     Relief (Cont'd)**

Signed this _2a_ day of _October_ , 20_12_

_Abdul Howard_
Signature of Plaintiff

**STATE OF** _Georgia_
**COUNTY (CITY) OF** _Baldwin_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _10/29/2012_
        (Date)

_Abdul Howard_
Signature of Plaintiff

Rev 12/5/07